1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

10
11  JOSE LUIS OLIVARES,                           CASE NO. 07CV2234 BTM (AJB)
12
13                                                ORDER SETTING BRIEFING
14                                Petitioner,     SCHEDULE AND HEARING ON
          vs.
15                                                2255 MOTION
16  UNITED STATES OF AMERICA,
17                                Respondent.

18          Jose Luis Olivares ("Petitioner") has filed a motion to vacate, set aside, or correct
19  sentence pursuant to 28 U.S.C. § 2255.  On or before December 21, 2007, Respondent shall
20  file an opposition to the motion.  Petitioner may file a reply on or before January 13, 2008.
21  The hearing on the § 2255 motion is set for **January 25, 2008  at 11:00 a.m.**   Unless
22  otherwise directed by the Court, there shall be no oral argument, and no personal
23  appearances are necessary.
24  **IT IS SO ORDERED.**
25
26  DATED:  December 3, 2007
27
                                          Honorable Barry Ted Moskowitz
28                                        United States District Judge

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

07CV2234