```
JOAN KERRY BADER
California State Bar No. 172586
964 Fifth Avenue, Suite 214
San Diego, California  92101-6128
Telephone:  (619) 699-5995
FAX (619) 699-5996
Attorney for Petitioner
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE BARRY TED MOSKOWITZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 07cv2234 |
| Plaintiff, ) | |
| v. ) | PROOF OF SERVICE |
| ) | for STATUS RE: |
| DEFENDANT NAMED ) | MOTION FOR WRIT OF HABEAS |
| AS JOSE OLIVARES ) | CORPUS |
| Defendant. ) | |

TO:  KAREN HEWITT, UNITED STATES ATTORNEY;
     CALEB MASON, ASSISTANT UNITED STATES ATTORNEY:

The Petitioner, by and through his counsel, Kerry Bader, has served the Court and AUSA CALEB MASON on this date with a status regarding the writ of habeas corpus.

Dated:  January 17, 2008      Respectfully submitted,

<u>// Joan Kerry Bader</u>

JOAN KERRY BADER