**PLEASE RECEIPT AND RETURN**

# UNITED STATES DISTRICT COURT
Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

W. Samuel Hamrick, Jr.
Clerk of Court

FILED

08 FEB 21 PM 2:18

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

RECV'D 08 FEB 11 12:30 USDC-ORP

BY: _____ DEPUTY

February 6, 2008

CV '08 - 179 MO

Office of the Clerk
District of Oregon
1000 S.W. Third Avenue
Portland, OR 97204-2902

Re: Olivares v. United States of America, Case No. 07cv2234-BTM(AJB)

Dear Sir or Madam:

Pursuant to Order transferring the above-entitled action to your District, we are transmitting herewith our entire original file (excepting said Order).

Enclosed are a certified copy of our Docket and of the Order transferring the action, the originals of which we are retaining.

Please acknowledge receipt on the copy of this letter and return. Thank you.

Sincerely yours,

W. Samuel Hamrick, Jr.
Clerk of Court

By: __V. TRUJILLO__
V. Trujillo, Deputy

Copy to Attorney for Plaintiffs:
Copy to Attorney for Defendants:

RECEIVED ITEMS DESCRIBED

THIS DATE OF __2/15/08__
AND ASSIGNED CASE NUMBER _____

CLERK, U.S. DISTRICT COURT

By: __Colleen Bros__, Deputy